GEORGE M. QUINT, et al., *vs.* GEORGE L. FOSS & Tr.

Penobscot County. Decided September 1, 1914. An action of assumpsit to recover upon an account annexed, a balance claimed to be due for potatoes. Plea, general issue. The jury returned a verdict for plaintiffs for $662.90, and defendant filed a general motion for new trial. Motion overruled. *George E. Thompson,* for plaintiffs. *A. Weatherbee,* for defendant. *John Wilson,* for trustee.

---

GEORGE A. PIERCE *vs.* CHARLES J. COLE.

Kennebec County. Decided September 7, 1914. An action of deceit in sale of farm by defendant to the plaintiff. The jury returned a verdict for the plaintiff, and the defendant filed a motion for a new trial. Motion sustained. New trial granted. *Williamson, Burleigh & McLean,* for plaintiff. *George W. Heselton,* for defendant.

---

J. B. DORNBERGER *vs.* MAINE CENTRAL RAILROAD COMPANY.

Somerset County. Decided September 14, 1914. This is an action on the case to recover for personal injuries alleged to have been sustained March 2, 1912, by the negligence of the defendant. Plea, general issue. The jury returned a verdict at the September term, 1913, for plaintiff, of $894.35. The defendant filed a general motion for a new trial. Motion sustained. New trial granted. *Merrill & Merrill,* for plaintiff. *Johnson & Perkins,* for defendant.